UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
BMG MUSIC, et al.,

                        Plaintiffs,

            -against-

ALEX PENA, an individual doing business
as RINCON SONIDERO; and CRISTIAN
NURTADO, an individual doing business
as RINCON SONIDERO,

                        Defendants.
------------------------------------------------------X

**ORDER**

05 CV 2310 (RJD) (MDG)

DEARIE, Chief Judge.

The Report and Recommendation of Magistrate Judge Go, dated June 22, 2007, is adopted without objection and without qualification. The Clerk of the Court is directed to enter judgment in accordance with Magistrate Judge Go's Report and Recommendation.

SO ORDERED.

Dated: Brooklyn, New York
       July _19_, 2007

                                          s/ Judge Raymond J. Dearie
                                          RAYMOND J. DEARIE
                                          United States District Judge